UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTIE SILLS (FORMERLY KRISTIN LOHRUM)<br>    Plaintiff,<br><br>VS.<br><br>WADDELL & REED, INC., SCOTT STAPEL, & STEVEN ANDERSON,<br>    Defendants. | Civil Action No. 1:08-cv-10314 DPW |

## JOINT STATUS REPORT

Pursuant to the Court's order, counsel for the Plaintiff Kristie Sills ("Plaintiff"), and counsel for the Defendants Waddell & Reed, Inc., Scott Stapel, and Steven Anderson ("Defendants") submit this Joint Status Report in preparation for the Status/Scheduling Conference on May 8, 2009 at 3:00 p.m.

I.    Case Status

On April 28, 2009, the parties completed all discovery in this case, with the exception of a second set of document requests and interrogatories that the Plaintiff served on the Defendants on March 31, 2009 and as to which the Defendants have now served responses. Neither party will be calling an expert witness in this case.

402302v1

II.   Settlement Discussions

On October 9, 2008, the parties attempted to settle the case through mediation but were unsuccessful. The parties are willing to engage in additional settlement discussions at this time.

III.   Pending or Contemplated Motions

There are no motions pending in this case. The Plaintiff does not contemplate filing any motions unless required to do in connection with discovery matters. The Defendants intend to file a motion for summary judgment. They are also reviewing the possibility of filing a motion to compel and/or a motion for sanctions, because during her recent deposition the Plaintiff refused to answer a limited number of questions and disclosed that she had disposed of certain documents. Plaintiff will oppose any such motion.

IV.   Proposed Dates for Pretrial and Trial

| | | |
|---|---|---|
| A. | Summary Judgment Motions | June 1, 2009 |
| B. | Oppositions to Summary Judgment Motions | July 1, 2009 |
| C. | Pretrial Memorandum | September 14, 2009* |
| D. | Pretrial Conference | September 21, 2009* |
| E. | Trial | October 1, 2009* |

*These are the Plaintiff's proposed dates. For a number of reasons, the Defendants propose that a trial date after October 1, 2009 be chosen. Defendants' counsel are checking their out-of-state witnesses' schedules for the period October 2009 through early 2010 and will have that information available at the May 8 status conference. Plaintiff opposes

402302-1

2

any such delay and suggest that six months advance notice is sufficient for Defendants to make any required changes to their schedule.

V.  Additional Matters

At this time, there are no other additional matters to be addressed by the Court.

| KRISTIE SILLS | WADDELL & REED, INC., SCOTT STAPEL, and STEVEN ANDERSON |
|---|---|
| By her attorneys, | By their attorneys, |
| /s/ Laurie Alexander-Krom | /s/ Susan J. Baronoff |
| David Rapaport, BBO # 411920 | Susan J. Baronoff, BBO # 030200 |
| Laurie Alexander-Krom BBO # 637385 | Elizabeth A. Kowal, BBO # 646326 |
| Davis, Malm & D'Agostine, P.C. | Murtha Cullina LLP |
| One Boston Place | 99 High Street, 20th Floor |
| Boston, MA  02108 | Boston, MA  02110 |
| Phone: (617) 367-2500 | Phone: (617) 457-4000 |

Date: May 1, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, I electronically filed the Joint Status Report with the Clerk of the U.S. District Court for the District of Massachusetts using the CM/ECF system which will send notification of such filing to the following:

David Rapaport, Esq.
drapaport@davismalm.com
Laurie Alexander-Krom, Esq.
lalexander-krom@davismalm.com
Davis Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
Tel:  (617) 367-2500
Fax: (617) 523-6215

/s/    Susan J. Baronoff
Susan J. Baronoff, BBO #030200
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110-2320
Tel:    (617) 457-4000
Fax:   (617) 482-3868
sbaronoff@murthalaw.com