UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KRISTIE SILLS                           )
(FORMERLY KRISTIE LOHRUM),               )
                                        )
    Plaintiff,                          )
                                        )   CIVIL ACTION NO.
v.                                      )   08-10314-DPW
                                        )
WADDEL & REED, INC., and                )
SCOTT STAPEL                            )
                                        )
    Defendants.                         )

## VERDICT

1. Has the plaintiff Kristie Sills demonstrated by a fair preponderance of the evidence that gender was a motivating factor in her removal by the defendants as a Division Manager?

    Answer "YES" OR "NO:"                              _No_

    **If you answer "YES" to Question 1., answer Question 2.; otherwise, return your verdict.**

2. What damages, if any, has the plaintiff Kristie Sills demonstrated by a fair preponderance of the evidence she suffered as a result of her removal as a Division Manager?

    Answer in Dollars or "NONE:"                       _____

_1/14/11_                                              [signature]
DATE                                                   FOREPERSON